**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 23, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00595-CV

### DRAGON OIL TECHNOLOGIES INC., Appellant

### V.

### ANDY TANG, Appellee

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-06439**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 24, 2018. On October 16, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.